# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00559-CV

**Integration Services Corporation, Appellant**

**v.**

**Dell Marketing, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-12-003813, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed joint motion to dismiss appeal pursuant to the parties' settlement agreement. The motion further requests that this Court issue mandate immediately. We grant the motion, dismiss the appeal, and order the Clerk of this Court to issue mandate immediately. *See* Tex. R. App. P. 18.1(c), 42.1(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Joint Motion

Filed:   July 25, 2014